UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    STEPHEN BUONO,

                              Plaintiff,            19 Civ. 5413 (LGS)

              -against-                    ORDER

    AVALONBAY COMMUNITIES, INC.,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, Defendant filed a pre-motion letter proposing a summary judgment on March 13, 2020. Per the case management plan at Dkt. No. 17, and the reminder at Dkt. No. 22, Plaintiff is required to file a letter response by March 20, 2020. Plaintiff did not timely file a response. It is hereby

      **ORDERED** that Plaintiff shall file a letter response as soon as possible and no later than **March 25, 2020.** Continuing failure to comply with Court Orders may result in sanctions.

Dated:  March 24, 2020
          New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**