UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
:
STEPHEN BUONO, :
                              Plaintiff, :         19 Civ. 5413 (LGS)
:
          -against- :         ORDER
:
AVALONBAY COMMUNITIES, INC., :
:
                             Defendant. :
------------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a case management conference ("CMC") is scheduled for March 31, 2020;

      WHEREAS, Defendant has proposed a motion for summary judgment. Plaintiff opposes the request to file summary judgment. It is hereby

      **ORDERED** that the parties shall engage in settlement discussions before any summary judgment motion will be permitted. By **March 31, 2020**, the parties shall file a joint letter on whether they prefer a referral for mediation or a settlement conference before Judge Netburn. It is further

      **ORDERED** that the parties shall file a status letter every 30 days, reporting on settlement discussions, with the first status letter due by **April 20, 2020**. If the parties settle the case, they shall inform the Court by letter within two business days. It is further

      **ORDERED** that the March 31, 2020, 10:30 a.m. CMC is adjourned *sine die*.

Dated: March 25, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE