UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

STEPHEN BUONO,

                         **Plaintiff,**

             -against-

AVALONBAY COMMUNITIES, INC.,

                         **Defendant.**

----------------------------------------------------------------X

19-CV-5413 (LGS)

<u>SETTLEMENT CONFERENCE ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2020

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference by telephone is scheduled for Wednesday, May 20, 2020, at 10:00 a.m. At that time, the parties should call (877) 402-9757 and enter access code 7938632. After convening, the Court will conduct the conference using separately designated, private lines of communication with each party via the Court's teleconferencing service.

       If any party is unavailable at this time and date, or if the parties do not believe a settlement conference at the scheduled date would be productive, the parties should promptly inform Chambers by emailing Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment

Forms, which are to be submitted by Wednesday, May 13, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 21, 2020
         New York, New York