UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN BUONO,
                                 Plaintiff,          19 Civ. 5413 (LGS)

            -against-                            ORDER

AVALONBAY COMMUNITIES, INC.,

                                Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, counsel for Defendant emailed Chambers, inquiring whether complete deposition transcripts may be included as exhibits to the forthcoming summary judgment motion. A copy of the email is appended hereto. It is hereby

      **ORDERED** that per Individual Rule III.B.3, all exhibits shall be excerpted to include only relevant material. The Rule further provides that for any hearing or deposition transcript submitted, the parties shall submit an electronic, text-searchable courtesy copy of the entire proceeding. This courtesy copy shall be provided on a CD only and mailed to Chambers at its mailing address provided in the Individual Rules. It is further

      **ORDERED** that the parties are advised that per Individual Rule I.B.1, all communications with Chambers must be by letter to the Court and filed via ECF, unless the letters contain information that should not be in the public file. It is further

      **ORDERED** that the parties shall read in full the Individual Rules, including the Emergency Individual Rules in light of COVID-19, prior to filing any further applications.

Dated: June 15, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**Schofield NYSD Chambers**

| | |
|---|---|
| **From:** | Adam Greenberg <agreenberg@homlegal.com> |
| **Sent:** | Friday, June 12, 2020 10:18 AM |
| **To:** | Schofield NYSD Chambers |
| **Subject:** | Stephen Buono case - 19 CIV. 5413 (LGS) |

Dear Honorable Judge Schofield:

    Pursuant to the Court's order, we are in the process of preparing our Motion for Summary Judgment on the above matter, which must be filed by June 16th, 2020.

    Although we are aware that the Court's Rules indicate that exhibits should not be more than 15 pages, we would like to include the complete deposition transcripts of both Plaintiff
and Defendant so the Court can review the testimony in its entirety and so that the complete deposition transcripts are part of the record.  Plaintiff's deposition is 246 pages without the
index and 287 with the index, while Defendant's ebt is 54 pages without the index and 62 with the index.

    To comply with the Court's order, we will need to file the motion by next Tuesday and request the Court's direction on this issue so we may comply with both the Court's Order and
Court Rules.

    Thank you for your response to the above.

    Adam Greenberg.

**Adam G. Greenberg**



81 Main Street, Suite 215
White Plains, NY 10601
Tel: 914.686.4800
Fax: 914.686.4824
www.homlegal.com


Please consider the environment before printing this email.

HARRINGTON, OCKO & MONK, LLP - CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.