UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
STEPHEN BUONO,
                                    Plaintiff,           19 Civ. 5413 (LGS)

                -against-                           ORDER

AVALONBAY COMMUNITIES, INC.,
                                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is **ORDERED** that the parties' pretrial submissions at Dkt. Nos. 54, 55, 56 and 57 are hereby STRICKEN for failure to comply with the Individual Rule IV.B.5, which requires such submissions to be *jointly* submitted by the parties. To the extent the parties cannot agree, the parties shall, in the same document, clearly state its proposed instruction or question. The parties shall file their revised joint pretrial submissions by **February 22, 2021**. It is further

      **ORDERED** that if the parties consent to a trial before a Magistrate Judge, they shall complete and submit the attached form. If a Magistrate Judge has overseen settlement discussions, the parties may, but need not, request a different Magistrate Judge (to be randomly selected) as the trial judge.

      The Clerk of Court is respectfully directed to strike Dkt. Nos. 54, 55, 56 and 57.

Dated: February 17, 2021
       New York, New York

                                               LORNA G. SCHOFIELD
                                        **UNITED STATES DISTRICT JUDGE**

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| _____ | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. |
| _____ | ) |  |
| *Defendant* | ) |  |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____    _____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.