UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
STEPHEN BUONO,                                                :
                                       Plaintiff,             :     19 Civ. 5413 (LGS)
                                                              :
                  -against-                                   :     ORDER
                                                              :
AVALONBAY COMMUNITIES, INC.,                                  :
                                       Defendant.             :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant filed a motion *in limine*, seeking to preclude Plaintiff from offering expert testimony from treating physicians, presenting a claim for lost earnings at trial, and offering eyewitness testimony, pursuant to Federal Rule of Civil Procedure 26(a). It is hereby

**ORDERED** that by **February 26, 2021**, Plaintiff shall file a letter with the Court and:

- as to Dr. Ehrlich, state whether Plaintiff intends to call him as a witness at trial, and if so provide the information called for in Rule 26(a)(2)(C);

- as to damages, state what amount of damages Plaintiff seeks and file a computation showing how that amount is reached and citing relevant documents produced in discovery;

- as to Mr. Troy, state whether Plaintiff intends to call him as a witness at trial, and if so, provide all contact information for him currently known to Plaintiff or his counsel, and provide a summary of the substance of his anticipated testimony.

It is further

**ORDERED** that Defendant's motion *in limine* is DENIED without prejudice to renewal after Plaintiff has complied with this Order.

The Clerk of Court is respectfully directed to close Dkt. No. 50.

Dated: February 18, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE