```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHEN BUONO,

                      Plaintiff,                              19-CV-5413 (SN)

       -against-                                        **ORDER**

AVALONBAY COMMUNITIES, INC.,

                      Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 25, 2021, the Honorable Lorna G. Schofield referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c). That referral was then reassigned to my docket.

       A conference in this matter will be held on March 10, 2021, at 10:30 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 1, 2021
                New York, New York