UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEPHEN BUONO,

                          **Plaintiff,**

    -against-

AVALONBAY COMMUNITIES, INC.,

                          **Defendant.**

-----------------------------------------------------------------X

**19-CV-5413 (SN)**

**ORDER OF DISMISSAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2021

**SARAH NETBURN, United States Magistrate Judge:**

On March 10, 2021, the parties reported to the Court that they had reached a settlement. Accordingly, it is:

ORDERED that this case is dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 11, 2021
               New York, New York